# EXHIBIT 1

PSA info@psa.kz

Log In/Sign Up

KZ
RU
EN

HOME PAGE

# ABOUT THE COMPANY

HISTORY OF THE AUTHORIZED BODY

COMPANY EXECUTIVES

COMPLIANCE

CONTACTS

## ABOUT THE AUTHORIZED BODY

PSA LLP was established in June 2010. The founder of PSA LLP is the National Company KazMunayGas JSC. According to the Agreement on the Transfer of Property to Trust Management, NC KazMunayGas JSC transferred to the trust management of the Ministry of Oil and Gas of the Republic of Kazakhstan 100% stake in the authorized capital of PSA LLP. The Ministry of Energy of the Republic of Kazakhstan is the legal successor to the Ministry of Oil and Gas of the Republic of Kazakhstan. Between 2010 and June 20, 2016 PSA LLP has performed the functions of the Authorized Body in the Production Sharing Agreements for the North Caspian and Karachaganak Projects on the basis of powers of attorney issued by the Ministry of Energy of the Republic of Kazakhstan. Since June 20, 2016 PSA LLP has been performing the functions of the Authorized Body on the basis of the Resolution of the Government of the Republic of Kazakhstan No. 355.

According to the power of attorney issued by the Ministry of Energy of the Republic of Kazakhstan, PSA LLP is authorized to carry out representation on behalf of the Ministry of Energy of the Republic of Kazakhstan, which is the Kazakh party under the Dunga Field Production Sharing Agreement dated May 1, 1994.

SITE MAP

ABOUT AUTHORIZED BODY
PARTNERS
PROJECTS
PRESS CENTER
CONTACTS

CONTACTS

LLC "PSA"
010000, ASTANA, REPUBLIC OF KAZAKHSTAN,
SYGANAQ STREET, 17/10

TEL: +7 7172 79 89 20, 79 89 21 (OFFICE)
+7 7172 79 89 25
E-MAIL: INFO@PSA.KZ

2025 © PSA LLC All rights reserved.

E-mail

ESC Energy Solutions Center