# EXHIBIT 4

*English is not an official language of the Swiss Confederation. This translation is provided for information purposes only and has no legal force.*

# Federal Act on the Amendment of the Swiss Civil Code

## (Part Five: The Code of Obligations)

of 30 March 1911 (Status as of 1 January 2025)

---

*The Federal Assembly of the Swiss Confederation,*

having considered the Dispatches of the Federal Council dated 3 March 1905 and 1 June 1909[1]

*decrees:*

## Division One: General Provisions

## Title One: Creation of Obligations

## Section One: Obligations arising by Contract

### Art. 1

A. Conclusion of the contract
I. Mutual expression of intent
1. In general

[1] The conclusion of a contract requires a mutual expression of intent by the parties.

[2] The expression of intent may be express or implied.

### Art. 2

2. Secondary terms

[1] Where the parties have agreed on all the essential terms, it is presumed that the contract will be binding notwithstanding any reservation on secondary terms.

[2] In the event of failure to reach agreement on such secondary terms, the court must determine them with due regard to the nature of the transaction.

[3] The foregoing is subject to the provisions governing the form of contracts.

AS **27** 317 and BS **2** 199

1 BBl **1905** II 1, **1909** III 747, **1911** I 695

3 The onus is on the supplier to prove when the customer received the information stipulated in Art. 40*d*.

4 The time limit is observed if, on the last day of the prescriptive period, the customer informs the supplier of revocation or posts his written notice of revocation.[23]

**Art. 40*f*[24]**

2. Consequences

1 Where the customer has revoked the contract, the parties must provide restitution for any performance already made.

2 Where the customer has made use of the goods, he owes an appropriate rental payment to the supplier.

3 Where the supplier has rendered services to him, the customer must reimburse the supplier for outlays and expenses incurred in accordance with the provisions governing mandates (Art. 402).

4 The customer does not owe the supplier any further compensation.

**Art. 40*g*[25]**

## Section Two: Obligations in Tort

**Art. 41**

A. General principles
I. Conditions of liability

1 Any person who unlawfully causes damage to another, whether wilfully or negligently, is obliged to provide compensation.

2 A person who wilfully causes damage to another in an immoral manner is likewise obliged to provide compensation.

**Art. 42**

II. Determining the damage

1 A person claiming damages must prove that damage occurred.

2 Where the exact value of the damage cannot be quantified, the court shall estimate the value at its discretion in the light of the normal course of events and the steps taken by the person suffering damage.

23 Amended by No I of the FA of 19 June 2015 (Revision of the right of revocation), in force since 1 Jan. 2016 (AS **2015** 4107; BBl **2014** 921 2993).
24 Inserted by No I of the FA of 5 Oct. 1990, in force since 1 July 1991 (AS **1991** 846; BBl **1986** II 354).
25 Inserted by No I of the FA of 5 Oct. 1990 (AS **1991** 846; BBl **1986** II 354). Repealed by Annex No 5 to the Civil Jurisdiction Act of 24 March 2000, with effect from 1 Jan. 2001 (AS **2000** 2355; BBl **1999** III 2829).