# EXHIBIT 7

TOP OIL

Arch Makariou II, 134
Limassol
Cyprus

September 15th , 2009

JV SkemaTozzi
Via Matera, 14
20031 Cesano Maderno – Milan
Italy

To the kind attention of Mr. Agostino Bianchi

**RE: Contract 2008/0163 – EPC Offshore Buildings**

Dear Sir,

It's my pleasure to inform you that today the Authority formally approved the Award of Contract Amendment relevant to the fabrication of the buildings in Ravenna yard by which the revised approved contract value will be €180.000.000 and revised approved contract duration will be equal to 44 months.

The signature by Mr. Idenov of this important document will open the way to the formalization of the EPC Contract.
According to my information, in a few days you should receive the first part of the contract which will enable you to carry out all customs procedures in order to sail away the first building.
The rest of the Contract you should receive in the next ten days.

Next week I will travel to Kazakhstan, so please contact me for any further information you may need.

Best regards

Hormoz Vasfi
Senior Consultant
On behalf of T-O Top Oil (Cyprus) Ltd