# EXHIBIT 9

**alessandra**

**A:** Maksat B. Idenov (E-mail)
**Oggetto:** Astana

Dear Maksat,
I am really happy to have heared from You yesterday; I'm trying to call U on Your mobile but it is not reachable.
As I mentioned You yesterday, I woud come the week of the 1st of December, because I have to leave for Iran on the 24th.
Furthermore, in that period our Ambassador Longo will be in Kazakhstan for any help.
I would appreciate if You could contact me today in order to set up the program.
Best regards to You and Your family,
Hormoz Vasfi

**alessandra**

**A:** Maksat B. Idenov (E-mail)
**Oggetto:** Almaty

Dear Maksat,
I would like again to thank You for Your kind collaboration and precious advices.
I hope I could start this important collaboration between Italy and Kazakhstan in energy business as soon as possible.
My best regards to You and Your Family,
Hormoz Vasfi

**From:** Maksat Idenov <maksat_idenov@msn.com>
**Sent:** Monday, November 2, 2009 8:31 AM
**To:** alessandra.casaroli@tecron.net
**Subject:** Change of the return flight for Mrs. Zhanar Utegaziyeva: London-Vienna-Astana

Dear Alessandra,

I would appreciate it very much if you could change return flight for Mrs. Zhanar Utegaziyeva as follows:

Friday, November 6

London-Vienna, Flight OS 462, depart-15:45 p.m. and arrive- 19:15 p.m.;
Vienna-Astana, Flight OS 697, depart-20:25pm and arrive-06:40 a.m..

Please say hello to my brother Hormoz. I will call him tonight.

Kind regards,
Maksat B. Idenov

---

Keep your friends updated— even when you're not signed in.

**From:** Maksat Idenov <maksat_idenov@msn.com>
**Sent:** Tuesday, November 3, 2009 7:47 AM
**To:** alessandra.casaroli@tecron.net
**Subject:** RE: R: Change of the return flight for Mrs. Zhanar Utegaziyeva: London-Vienna-Astana

Dear Alessandra,

I am having problem to open the attached file with e-ticket in it. Would you please scanned or let me know the e-ticket number. Thanks.

Kind regards,
Maksat

---

From: alessandra.casaroli@tecron.net
To: maksat_idenov@msn.com
Subject: R: Change of the return flight for Mrs. Zhanar Utegaziyeva: London-Vienna-Astana
Date: Mon, 2 Nov 2009 17:42:52 +0100

Dear Maksat B. Idenov,

in enclosure the return flight for Mrs. Zhanar.
Best regards,
Alessandra Casaroli

---

**Da:** Maksat Idenov [mailto:maksat_idenov@msn.com]
**Inviato:** lunedì 2 novembre 2009 14.31
**A:** alessandra.casaroli@tecron.net
**Oggetto:** Change of the return flight for Mrs. Zhanar Utegaziyeva: London-Vienna-Astana

Dear Alessandra,

I would appreciate it very much if you could change return flight for Mrs. Zhanar Utegaziyeva as follows:

Friday, November 6

London-Vienna, Flight OS 462, depart-15:45 p.m. and arrive- 19:15 p.m.;
Vienna-Astana, Flight OS 697, depart-20:25pm and arrive-06:40 a.m..

Please say hello to my brother Hormoz. I will call him

tonight.

Kind regards,
Maksat B. Idenov

---

Keep your friends updated— even when you’re not signed in.

---

Windows Live: Make it easier for your friends to see what you’re up to on Facebook.

**From:** Maksat Idenov <maksat_idenov@msn.com>
**Sent:** Friday, November 13, 2009 3:43 AM
**To:** alessandra.casaroli@tecron.net
**Subject:** Meeting in Almaty

Dear Hormoz,

As we have agreed, I would appreciate it if you could arrange air tickets (business class) for myself (Maxat Idenov) as follows:

1. Departure on November 17, Astana- Almaty (Early Morning Flight KC 622, Departure - 07:00 a.m., Arrival - 08:40 a.m.);

2. Departure on November 17, Almaty-Astana (Evening Flight KC 855, Departure - 19:10 p.m., Arrival - 20:55 p.m.);

3. Please book one room from November 17 to November 18 (non smoking) in the Intercontinental Almaty Ankara Hotel in Kazakhstan. The address is Zheltoksan 181, Almaty, 050013, Kazakhstan. The phone number is +7 727 2505000, fax number is +7 727 258 2100 and the website is http://www.ichotelsgroup.com/intercontinental/en/gb/locations/almaty.

Thank you very much.

Kind regards,
Maksat B. Idenov

---

check out the rest of the Windows Live™. More than mail–Windows Live™ goes way beyond your inbox.
More than messages

---

Keep your friends updated— even when you're not signed in.

**From:** Maksat Idenov <maksat_idenov@msn.com>
**Sent:** Friday, November 13, 2009 10:34 AM
**To:** alessandra.casaroli@tecron.net
**Subject:** FW: Copy of the passport of Mariya Idenova
**Attachments:** Maxat Idenov.jpg

Dear Alessandra,

Thank you very much for the e-mail. Please see attached copy of my passport.

Kind regards,
Maksat B. Idenov

---

Windows Live: Friends get your Flickr, Yelp, and Digg updates when they e-mail you.

**From:** Maksat Idenov <maksat_idenov@msn.com>
**Sent:** Friday, November 13, 2009 10:40 AM
**To:** alessandra.casaroli@tecron.net
**Subject:** Urgent - Updated date and time of my flight

Dear Hormoz,

Please read new date and time of my flight!

I would appreciate it if you could arrange air tickets (business class) for myself (Maxat Idenov) as follows:

1. Departure on November 16, Astana- Almaty (Late Evening Flight KC 992, Departure - 20:55 p.m., Arrival - 22:40 p.m.);

2. Departure on November 17, Almaty-Astana (Evening Flight KC 855, Departure - 19:10 p.m., Arrival - 20:55 p.m.);

3. Please book one room from November 17 to November 18 (non smoking) in the Intercontinental Almaty Ankara Hotel in Kazakhstan. The address is Zheltoksan 181, Almaty, 050013, Kazakhstan. The phone number is +7 727 2505000, fax number is +7 727 258 2100 and the website is http://www.ichotelsgroup.com/intercontinental/en/gb/locations/almaty.

Thank you very much.

Kind regards,
Maksat B. Idenov

---

check out the rest of the Windows Live™. More than mail–Windows Live™ goes way beyond your inbox.
More than messages

---

Keep your friends updated— even when you're not signed in.

---

Windows Live: Friends get your Flickr, Yelp, and Digg updates when they e-mail you.

**From:** Alessandra Casaroli <alessandra.casaroli@tecron.net>
**Sent:** Monday, January 25, 2010 3:16 AM
**To:** 'Maksat Idenov'

Dear Brother,

I would like to remind you the main points we discussed in London:

1. Procurement Outlook KPO for 2010;
2. Procurement Outlook NCOC 2010 for Kashagan;
3. Contract Board Submission (weekly) (meeting with Yerbol Ospanov);
4. Kashagan Project Phase II: presentation and today's status;
5. Office NCOC Building
6. Key persons in NCOC

See you next week,

Best regards
H.