# EXHIBIT 11

5110 SAN FELIPE ST, HOUSTON, TX 77056-3656 (HARRIS COUNTY) (01/01/2011 to 11/27/2023)

## Address Details (1 Found)

**5110 SAN FELIPE ST, HOUSTON TX 77056-3656 (HARRIS COUNTY)** (01/01/2011 to 11/27/2023) [ Back to Summary ]
Subdivision Name: **FOUR LEAF TOWERS CONDO AM**
Building Name: **FOUR LEAF TOWER W**
Address contains: **1 office, 200 units**
Current Commercial Phones at address
**(713) 599-0347(CT)** - **F M U PROPERTIES INC**
**(713) 552-1000(CT)** - **FOUR LEAF TOWERS**
**(832) 767-3142(CT)** - **FOUR LEAF TOWERS**
**(713) 984-2858(CT)** - **GREIDER, FRANK C DDS**
**(713) 840-1900(CT)** - **LINSCOMB, DANIEL J**
Owner:
**YOLANDA A SERVITJE** [ View Person Record ]**(92)**
Purchase Date: **12/1995**
Purchase Price: **$215,000**
Assessed Value: **$368,477**
Living Square Feet: **1,675**
Land Square Feet: **409,533**

## Cities History (1 Found)

HOUSTON, TX (HARRIS COUNTY) (01/01/2011 to 11/27/2023)

## Counties History (1 Found)

HARRIS, TX (01/01/2011 to 11/27/2023)

## Driver's License Information (None Found)

## Professional Affiliations (None Found)

## Professional Licenses (None Found)

## Bankruptcy Records (None Found)

## Liens (None Found)